## STATE OF CONNECTICUT *v.* JERMAINE PRINCE
(14697)

Foti, Heiman and Schaller, Js.

Argued February 29—decision released March 26, 1996

*Leonard M. Crone*, for the appellant (defendant).

*Paul J. Ferencek*, assistant state's attorney, with whom, on the brief, were *Frank S. Maco*, state's attorney, and *Andrew M. Wittstein*, supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.